McCoy, appellant, v. O'Donnell *et al.*

*Foreclosure — tender before action brought — Judgment — costs.*

In an action to foreclose a mortgage, defendants pleaded tender of the amount due before action brought. This defense was established upon the trial. *Held*, that the plaintiff was not entitled to a judgment of foreclosure, but to a money judgment against the defendants diminished by the costs of the defendants.

APPEAL from a judgment entered upon the report of Francis Rising, Esq., referee.

*George Day* and *R. A. Parmenter*, for appellant.

*Flagg & Neary* and *M. I. Townsend*, for respondents.

Per CURIAM. (Third department.)

The opinion is devoted to a review of the evidence. All that is important for publication is embodied in the head-note.

*Judgment affirmed.*

---

HOOGLAND, appellant, v. HOOGLAND.

APPEAL from the decision of the surrogate of Queens county, admitted to probate the will of Eliza Hoogland, deceased.

*Edmund Yenni* and *Jesse C. Smith*, for appellant.

*C. A. S. Van Nostrand*, for respondent.

BARNARD, P. J.

The only questions involved are of fact in regard to the execution of the will and codicils thereto. The decision of the surrogate was reversed, and the case sent to a jury of Queens county for trial.